AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Edgar, R. Allan | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>04/11/2008 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Senior | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>900 Georgia Avenue, Room 253<br>Chattanooga, TN 37402 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 16 A 11:0 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Tennessee Consolidated Retirement System | $ 3,614.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST BANK CHATTANOOGA NA, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - STI Classic Prime Quality Money Market | D | Interest | M | T | | | | | |
| 3. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 4. - Harbor International Fund | B | Dividend | M | T | | | | | |
| 5. - T Rowe Price New Era Fund | B | Dividend | M | T | | | | | |
| 6. - Harbor Capital App. Fund | A | Dividend | L | T | | | | | |
| 7. - Vanguard Mid-Cap Index Fund | B | Dividend | L | T | | | | | |
| 8. - CGM Realty Fund | B | Dividend | K | T | | | | | |
| 9. - I Shares S&P TOPIX 150 Index Fund | A | Dividend | | | Sell | 11/28 | J | C | |
| 10. - I Shares MSCI Pacific Ex Japan Fund | A | Dividend | K | T | | | | | |
| 11. - Fed Home Loan Bk 4% Bond | C | Interest | L | T | Sell | 4/5 | L | | |
| 12. - Fidelity Value Fund | C | Dividend | K | T | | | | | |
| 13. - Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 14. - Brandywine Fund | C | Dividend | K | T | | | | | |
| 15. - Fidelity Fifty Fund | D | Dividend | K | T | | | | | |
| 16. - Fed Home Loan BK 5.6% Bond | B | Interest | | | Sell | 8/15 | K | | |
| 17. - Fed Home Loan BK 5.7% Bond | B | Interest | | | Sell | 8/24 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - I-shares CDN capped Energy Fd | | None | | | Buy | 4/24 | K | | |
| 19. | | | | | Sell | 12/3 | K | C | |
| 20. - Macquarrie Infrastructure Co. Trust | A | Dividend | J | T | Buy | 4/24 | J | | |
| 21. - I-shares DJ US. Financial Services | | None | K | T | Buy | 11/28 | K | | |
| 22. - Fed Home Loan BK 4.5% Bond | | None | L | T | Buy | 10/30 | L | | |
| 23. - Fed Home Loan BK 4.5% Bond | | None | L | T | Buy | 10/31 | L | | |
| 24. Sel. Am. Shares Fund (IRA) | A | Dividend | K | T | | | | | |
| 25. Schwab Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 26. Vanguard Windsor II Fund (IRA) | A | Dividend | K | T | | | | | |
| 27. Artisan Midcap Fund (IRA) | A | Dividend | J | T | | | | | |
| 28. Baron Growth Fund (IRA) | | None | J | T | | | | | |
| 29. Oakmark Int'l Fund (IRA) | B | Dividend | J | T | | | | | |
| 30. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 31. Oakmark Equity Inc. Fund (IRA) | A | Dividend | J | T | | | | | |
| 32. Sky Bank 3.95% CD, (IRA) | A | Interest | | | Redeem | 6/22 | K | | |
| 33. Wash Mutual Bk 4.75% CD, (IRA) | | None | K | T | Buy | 11/13 | K | | |
| 34. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Equity Income II Fund (IRA) | | None | | | Sell | 1/26 | J | | |
| 36. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 37. Spartan Total Market Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 38. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 39. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 40. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 41. Fidelity Value Fund (IRA) | A | Dividend | J | T | | | | | |
| 42. Fidelity Overseas Fd (IRA) | B | Dividend | J | T | | | | | |
| 43. Morgan Stanley Liquid Asset Fund | C | Interest | K | T | | | | | |
| 44. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 45. TRUST #1: | | | | | | | | | |
| 46. - Fidelity Cash Fund | A | Dividend | J | T | | | | | |
| 47. - Morgan Stanley Bond 5.8% | A | Interest | | | Redeem | 4/1 | K | | |
| 48. - Scripps Co. 6.625% | A | Interest | | | Redeem | 10/15 | K | | |
| 49. - Phillip Morris 7.650% | A | Interest | J | T | | | | | |
| 50. - Ford Motor Credit 5.8% | A | Interest | K | T | | | | | |
| 51. - Fed Nat'l Mortgage 5.25% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Union Tank Car 7.45% | A | Interest | K | T | | | | | |
| 53. - Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 54. - Abitibi-Consol 7.875% | A | Interest | J | T | | | | | |
| 55. - Ford Motor Credit 7.375% | A | Interest | J | T | | | | | |
| 56. - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 57. - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 58. - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 59. - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 60. - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 61. - Am Home Prod 6.7% | A | Interest | J | T | | | | | |
| 62. - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 63. - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 64. - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 65. - Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 66. - Ford Motor Credit 7.25% | A | Interest | K | T | | | | | |
| 67. - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |
| 68. - Lehman Bros 6.625% | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, **R**. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 70. - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 71. - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 72. - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 73. - WalMart 7.55% | A | Interest | K | T | | | | | |
| 74. - Spartan Total Market Index Fund | C | Dividend | M | T | | | | | |
| 75. - Fidelity Div Int'l Fund | B | Dividend | K | T | | | | | |
| 76. - Fidelity Low Pr. Stk Fund | A | Dividend | | | Sell | 10/3 | K | D | |
| 77. - Fidelity Ultra Short Bond Fund | A | Dividend | | | Sell | 12/27 | J | | |
| 78. - Fidelity 500 Index Fund | A | Dividend | K | T | | | | | |
| 79. -N. Salem St BK-CD 5.1% | B | Interest | K | T | | | | | |
| 80. -Fidelity Mega Cap Fd | A | Dividend | K | T | Buy | 10/3 | K | | |
| 81. -21st Centy Bk CD | | None | J | T | Buy | 12/28 | J | | |
| 82. -Citizens Bk Flint MI CD | | None | K | T | Buy | 10/31 | K | | |
| 83. -Metro Bk Dade Co FL CD | | None | J | T | Buy | 4/25 | J | | |
| 84. TRUST #2: | | | | | | | | | |
| 85. - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 87. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 88. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 89. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 90. - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 91. John Hancock Universal Life Insurance Policy | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PARTS I AND VII --

The listed trusts are ████ trusts for the benefit of ████████████.
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

Part VII, line 42. Fidelity Overseas Fund was purchased on 11/20/06 at a value of J. This fund was inadvertently omitted from the previous disclosure report.

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/11/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544